GARCIA RAINEY BLANK & BOWERBANK LLP
   A LIMITED LIABILITY PARTNERSHIP
NORMA V. GARCIA, Cal. Bar No. 223512
ngarciaguillen@garciarainey.com
JEFFREY M. BLANK, Cal. Bar No. 217522
jblank@garciarainey.com
HUGO A. LOPEZ, Cal. Bar No. 315846
hlopez@garciarainey.com
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
Telephone:  (714) 382-7000
Facsimile:  (714) 784-0031

Attorneys for Plaintiff
Li Mei Chen

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI MEI CHEN, an individual<br><br>          Plaintiff,<br>vs.<br><br>URBAN COMMONS 6TH AVE SEATTLE, LLC, a Delaware Limited Liability Company; TAYLOR WOODS, an individual; HOWARD WU, an individual; WU DEVELOPMENT, LLC, a California Limited Liability Company; ANNIE WU, an individual; and DOES 1 through 10, inclusive<br><br>          Defendants | **Case No.:** 2:21-cv-08866-JLS-DFM<br><br>**PLAINTIFF LI MEI CHEN'S NOTICE OF ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C.§ 362 REGARDING HOWARD WU**<br><br>Courtroom:  8A, 8th Floor<br>Judge:  Hon. Josephine L. Staton |

NOTICE OF ENTRY OF ORDER LIFTING STAY RE HOWARD WU

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2      NOTICE IS HEREBY GIVEN that on May 5, 2022, in Chapter 7 Bankruptcy
3  proceedings filed by defendant and debtor Howard Wu in the United States Bankruptcy
4  Court for the Central District of California, Los Angeles Division, in Case 2:21-bk-19480-
5  ER the United States Bankruptcy Court filed and entered an Order Granting Motion for
6  Relief from the Automatic Stay under 11 U.S.C Section 362, with regard to the above-
7  captioned action. A true, correct, and conformed copy of the Order Granting Motion for
8  Relief from the Automatic Stay under 11 U.S.C Section 362 is attached hereto as **Exhibit**
9  **"A"** and made a part hereof by the reference.

12  DATED:  May 13, 2022    GARCIA RAINEY BLANK & BOWERBANK LLP

15      By    /s/ Norma V. Garcia
16          NORMA V. GARCIA
17          JEFFREY M. BLANK
        Attorneys for Plaintiff
18          Li Mei Chen

- 2 -

# PROOF OF SERVICE

I, Gianni Eason, state:

I am employed in the County of Orange, State of California. My business address is 695 Town Center Dr., Suite 700, Costa Mesa, CA 92626. I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served true copies of the foregoing document(s) described as **PLAINTIFFS LI MEI CHEN'S NOTICE OF ORDER GRANTIN MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C.§ 362 REGARDING HOWARD WU**

X by electronic transmission via CM/ECF to the persons indicated below:

Meridian, Idaho 83646
taylor@urban-commons.com

Urban Commons Battery Park, LLC  c/o Taylor Woods  142 E. Clearvue Dr.
Meridian, Idaho 83646
taylor@urban-commons.com

Urban Commons, LLC
c/o Taylor Woods
142 E. Clearvue Dr.
Meridian, Idaho 83646
taylor@urban-commons.com

Howard Wu
13600 Bayliss Road
Los Angeles, CA 90049  howard@urban-commons.com

Taylor Woods
142 E. Clearvue Dr.
Meridian, Idaho 83646
taylor@urban-commons.com

X  FEDERAL:  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on May 13, 2022, at Costa Mesa, California.

_____
Gianni Eason