GARCIA RAINEY BLANK & BOWERBANK LLP
A LIMITED LIABILITY PARTNERSHIP
NORMA V. GARCIA, Cal. Bar No. 223512
ngarciaguillen@garciarainey.com
JEFFREY M. BLANK, Cal. Bar No. 217522
jblank@garciarainey.com
695 Town Center Drive, Suite 540
Costa Mesa, CA 92626
Telephone:  (714) 382-7000
Facsimile:   (714) 784-0031
Attorneys for Plaintiff
LI MEI CHEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI MEI CHEN, an individual<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>URBAN COMMONS 6TH AVE SEATTLE, LLC, a Delaware Limited Liability Company; TAYLOR WOODS, an individual; HOWARD WU, an individual; WU DEVELOPMENT, LLC, a California Limited Liability Company; ANNIE WU, an individual; and DOES 1 through 10, inclusive<br><br>　　　　　Defendants. | **Case No.:** 2:21-cv-08866-JLS-DFM<br>**Judge**:   Hon. Josephine L. Staton<br>**Dept**:    8A<br><br>**INDEX OF EVIDENCE IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>Date: March 3, 2023<br><br>**UNDER SUBMISSION** |

# INDEX OF EVIDENCE

| Exhibit No. | Document Description |
|---|---|
| Exhibits in Support of Declaration of Norma V. Garcia in Support of Plaintiff's Motion for Entry of Default Judgment | |
| A | Statement of Information filed by Urban Commons, LLC with the Secretary of State of California on December 9, 2019 |
| B | Subpoena issued to First American Title Company, dated March 21, 2022 |
| C | Declaration of Helen Lee as custodian of records of First American Title Company for the documents produced, dated April 11, 2022 |
| D | File Balance Sheet produced by First American Title Company on April 11, 2022, for the Hilton Seattle escrow account |
| E | Memorandum of Garnishee re: Urban Commons 6th Ave Seattle ("UC Seattle") |
| Exhibits in Support of Declaration of Li Mei Chen in Support of Plaintiff's Motion for Entry of Default Judgment | |
| A | Wire transfer of $300,000 from Li Mei Chen to UC Seattle on July 9, 2020 |
| B | Investment Agreement executed by Li Mei Chen on July 5, 2020 |
| C | Email correspondence between Annie Wu and Li Mei Chen from October 11, 2020 through November 3, 2020 |

| Exhibit No. | Document Description |
|---|---|
| D | November 2020 checking account statement for Li Mei Chen |
| E | Letter sent by Torres Law Firm to Urban Commons, dated February 17, 2021 |
| F | Email to Li Mei Chen dated March 8, 2021 |
| G | Li Mei Chen's summarized contemporaneous notes from Zoom call on March 8, 2021 |
| H | Email from Felix Wong to Li Mei Chen dated April 14, 2021 |
| I | Email from Howard Wu to Li Mei Chen dated June 25, 2021 |
| J | Purchase and Sale Agreement for Hilton Seattle |
| K | Email to Li Mei Chen dated August 26, 2021 |
| L | Li Mei Chen's summarized contemporaneous notes from Zoom call on August 28, 2021 |
|  | Exhibits in Support of Request for Judicial Notice in Support of Plaintiff's Motion for Entry of Default Judgment |
| 1 | Cover page, table of contents, and pages 4-5, 42, 45, and 75-85 of the Eagle Hospitality Trust Annual Report 2019, which is publicly available in its entirety at https://investor.eagleht.com/misc/ar2019.pdf |
| 2 | Opinion by U.S. Bankruptcy Court Judge Christopher S. Sontchi from the District of Delaware in In re EHT US1, Inc., 633 B.R. 223 (Bankr. D. Del., Nov. 15, 2021) |

DATED: January 19, 2023

GARCIA RAINEY BLANK & BOWERBANK LLP

By     */s/ Norma V. Garcia*
NORMA V. GARCIA
JEFFREY M. BLANK
Attorneys for Plaintiff
LI MEI CHEN