GARCIA RAINEY BLANK & BOWERBANK LLP
A LIMITED LIABILITY PARTNERSHIP
NORMA V. GARCIA, Cal. Bar No. 223512
ngarciaguillen@garciarainey.com
JEFFREY M. BLANK, Cal. Bar No. 217522
jblank@garciarainey.com
695 Town Center Drive, Suite 540
Costa Mesa, CA 92626
Telephone:  (714) 382-7000
Facsimile:   (714) 784-0031
Attorneys for Plaintiff
LI MEI CHEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI MEI CHEN, an individual<br><br>Plaintiff,<br><br>v.<br><br>URBAN COMMONS 6TH AVE SEATTLE, LLC, a Delaware Limited Liability Company; TAYLOR WOODS, an individual; HOWARD WU, an individual; WU DEVELOPMENT, LLC, a California Limited Liability Company; ANNIE WU, an individual; and DOES 1 through 10, inclusive<br><br>Defendants. | **Case No.:** 2:21-cv-08866-JLS-DFM<br>**Judge**:   Hon. Josephine L. Staton<br>**Dept**:     8A<br><br>**DECLARATION OF NORMA V. GARCIA IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>Date: March 3, 2023<br><br>**UNDER SUBMISSION** |

DECLARATION OF NORMA V. GARCIA IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT

# DECLARATION OF NORMA V. GARCIA

I, Norma V. Garcia, hereby declare:

1. I am a Partner at Garcia Rainey Blank & Bowerbank LLP, counsel of record for Plaintiff Li Mei Chen in the above-entitled matter. I have personal knowledge of the facts set forth in this declaration, which are known by me to be true and correct, and if sworn as a witness, I could and would competently testify thereto.

2. This Declaration is submitted in support of Plaintiff Li Mei Chen's Motion for Entry of Default against defendants Urban Commons 6th Ave Seattle ("UC Seattle"), Taylor Woods ("Woods"), and Howard Wu ("Wu," and collectively with UC Seattle and Woods, "Defendants"). It is also submitted pursuant to Local Rule 55-1.

3. On November 10, 2021, Plaintiff filed a Complaint against defendants UC Seattle, Wu, Taylor Woods, Wu Development, LLC, and Annie Wu. (Dkt. No. 1.)

4. On November 21, 2021, pursuant to Federal Rule of Civil Procedure 4(e)(2), Plaintiff caused Woods to be personally served at his residence in Meridian, Idaho, by process server Nationwide Legal, LLC ("Nationwide"), with a copy of the Summons, Complaint, Civil Case Cover Sheet, Certification and Notice of Interested Parties, Initial Standing Order for Civil Cases Assigned to Judge Josephine L. Staton, and Notice to Counsel re: Consent to Proceed Before a United States Magistrate Judge (collectively, the "Summons Documents"). A true and correct copy of the proof of service of the Summons Documents on Woods is located at Docket No. 12.

5. Woods failed to answer or move against the complaint within twenty-one (21) days of service, or by December 13, 2021, as required by Federal Rule of Civil Procedure 12(a)(1)(A)(i).

6.     On November 23, 2021, pursuant to Federal Rule of Civil Procedure 4(e), Plaintiff caused Wu to be personally served at his residence in Los Angeles, California, by Nationwide, with a copy of the Summons Documents.  A true and correct copy of the proof of service of the Summons Documents on Wu is located at Docket No. 13.

7.     Wu failed to answer or move against the complaint within twenty-one (21) days of service, or by December 14, 2021, as required by Federal Rule of Civil Procedure 12(a)(1)(A)(i).

8.     Urban Commons, LLC ("Urban Commons") is the sole manager of UC Seattle.  (*See* Dkt. 1-1, Exh. A to Complaint – Urban Commons 6th Ave Seattle, LLC Membership Interest Subscription Agreement, at pp. 2, 7.)

9.     On the latest Statement of Information filed by Urban Commons with the Secretary of State of California on December 9, 2019, Wu is listed as a managing member of Urban Commons.

10.    Attached hereto as **Exhibit A** is a true and correct copy of the Statement of Information filed by Urban Commons with the Secretary of State of California on December 9, 2019.

11.    On November 23, 2021, pursuant to Federal Rule of Civil Procedure 4(h)(1)(B), Plaintiff caused UC Seattle to be served by causing Wu to be personally served with the Summons Documents at his residence in Los Angeles, California, by Nationwide.  A true and correct copy of the proof of service of the Summons Documents on UC Seattle is located at Docket No. 14.

12.    UC Seattle failed to answer or move against the complaint within twenty-one (21) days of service, or by December 14, 2021, as required by Federal Rule of Civil Procedure 12(a)(1)(A)(i).

13.    On June 30, 2022, an involuntary petition under Chapter 7 was filed against Woods in the United States Bankruptcy Court for the Central District of California, Los Angeles Division, in Case No. 2:22-bk-13613-ER.

14. On September 29, 2022, Plaintiff requested the Clerk of this Court to enter default against Wu and UC Seattle. (Dkt. No. 28.)

15. On October 3, 2022, the Clerk of this Court entered the default of Wu and UC Seattle. (Dkt. No. 30.)

16. On October 26, 2022, the bankruptcy court granted Plaintiff's Motion for Relief from the Automatic Stay and the bankruptcy stay as to Woods was lifted. (Dkt. No. 31.)

17. On December 20, 2022, Plaintiff requested the Clerk of this Court to enter default against Woods. (Dkt. No. 32.)

18. On December 21, 2022, the Clerk of this Court entered the default of Woods. (Dkt. No. 35.)

19. Neither Woods, Wu, or UC Seattle are infants, minors, or incompetent persons.

20. The Servicemembers Civil Relief Act does not apply to either Woods, Wu, or UC Seattle.

21. Plaintiff is serving Defendants with the Motion and all related papers.

**Subpoena to First American Title Insurance Company**

22. On March 21, 2022, Plaintiff caused a subpoena to be served on First American Title Insurance Company ("FAT").

23. Attached hereto as **Exhibit B** is a true and correct copy of the subpoena issued on March 21, 2022.

24. Through the subpoena, Plaintiff sough records related to the escrow account for the Hilton Seattle, the property which was to be purchased by UC Seattle.

25. On April 11, 2022, FAT responded to the subpoena.

26. Attached hereto as **Exhibit C** is a true and correct copy of the Declaration of Helen Lee as custodian of records of FAT for the documents produced, dated April 11, 2022.

27.  Attached hereto as **Exhibit D** is a true and correct copy of File Balance Sheet produced by FAT on April 11, 2022 for the Hilton Seattle escrow account, which was printed by FAT on February 22, 2022.

28.  Attached hereto as **Exhibit E** is a true and correct copy of a Memorandum of Garnishee I received from FAT on or about December 1, 2021, in a separate matter regarding UC Seattle.

**Damages Calculations**

29.  On behalf of Plaintiff, I have calculated her entitlement to prejudgment interest based on the ten percent (10%) interest rate applicable to her claims under California law.  Based on the $340,500.00 amount Plaintiff seeks in damages, it appears, based on my calculations, that Plaintiff is entitled to $93.29 per day in prejudgment interest from and after the date that Plaintiff's Complaint was filed. Accordingly, because 436 days have passed between November 10, 2021, the date Plaintiff filed her Complaint, and January 19, 2023, the date of this declaration and filing of the instant Motion, I calculate that Plaintiff is presently entitled to prejudgment interest in the amount of $40,674.44, plus an additional $93.29 per day for each day after the date of this declaration until judgment is entered.

I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on January 19, 2023 at Costa Mesa, California.

      */s/ Norma V. Garcia*
      NORMA V. GARCIA

-4-
DECLARATION OF NORMA V. GARCIA IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT