# EXHIBIT C

## DECLARATION OF RECORDS CUSTODIAN

*Chen v. Urban commons 6th Ave. Seattle, LLC*
United States District Court, Central District of California
Case No. 2:21-cv-08866

Records are from:     First American Title Insurance Company ("First American")

I, Helen Lee, certify and declare as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is: 1 First American Way, Santa Ana, CA 92707.

3. I am a duly authorized custodian of the following described business records:

    - Documents contained in file no. NCS-984828 that are responsive to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action.

4. The copies provided are true and correct copies of the records that First American maintains.

5. The records were prepared by the personnel of the business in the ordinary course of business at or near the time of the event.

6. As custodian, I testify to the records identity and method of preparation. The source of the information and method of preparation were such as to indicate their trustworthiness.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on April 11, 2022 at Santa Ana, California.

_____
Helen Lee