# EXHIBIT D



# File Balance Sheet

| | | | |
|---|---|---|---|
| **PR:** | NATLAC - National Commercial Services Division | **Printed:** | 2/22/2022 4:33:33 PM |
| **Ofc:** | 206 - Seattle-NCSD | | |
| **File No.:** | **NCS-984828-WA1** | **EstimatedSettlement Date:** | 08/27/2021 |
| **Officer:** | Laura Lau / BO | **Disbursement Date:** | 08/27/2021 |
| **Buyer:** | 1301 6th Ave, LLC | | |
| **Seller:** | 10-1301 HSW Owner, LLC | | |
| **Property:** | 1301 Sixth Avenue, Seattle, WA 98101 | | |

| File Balance Summary (Projected) | |
|---|---|
| Deposits To Bank | $5,800,000.00 |
| Less Total Disbursements | - $54,621,308.13 |
| Less Funds Held from Seller | - $0.00 |
| Less Funds Held from Buyer | - $0.00 |
| **File Balance** | **-$48,821,308.13** |
| Plus Projected Loan Funding | $76,999,998.00 |
| Less Charges Retained by Outside Title Co. | $0.00 |
| Plus Buyer's Funds Due | $13,668,160.99 |
| Plus Seller's Funds Due | $10,153,149.14 |
| Plus IBA Funds Due | $0.00 |
| Plus Listing Broker's Funds Due | $0.00 |
| Plus Selling Broker's Funds Due | $0.00 |
| Plus Other Real Estate Broker's Funds Due | $0.00 |
| **Projected File Balance** | **$52,000,000.00** |

| File Balance Summary (Actual/Posted) | |
|---|---|
| Deposits to Bank | $5,800,000.00 |
| Less Disbursements: Issued | - $5,800,000.00 |
| **Current Bank Balance** | **$0.00** |
| Less Disbursements Pending | - $48,821,308.13 |
| Less Funds Held from Seller | - $0.00 |
| Less Funds Held from Buyer | - $0.00 |
| **File Balance** | **-$48,821,308.13** |

| Loan Proceeds Summary | | | | | |
|---|---|---|---|---|---|
| Lender Name | Loan Amount | Net Charges | Net Fees | Projected Loan Funding | Received |
| HSBC Bank USA, NA | $25,000,000.00 | -$1.00 | $0.00 | $24,999,999.00 | |
| 10-1301 HSW Owner, LLC | $52,000,000.00 | -$1.00 | $0.00 | $51,999,999.00 | |

| Deposit/Receipt Summary | | | | | |
|---|---|---|---|---|---|
| Buyer | Seller | Other | Total Issued | Net Adjustments | Net Dep./Receipts |
| $5,800,000.00 | $0.00 | $0.00 | $5,800,000.00 | $0.00 | $5,800,000.00 |

File No: NCS-984828-WA1                                                                                     Printed: 02/22/2022

| Receipt No. | Dep Status/ Date | Issue Date | Payor | Description | Amount |
|---|---|---|---|---|---|
| 71388 | Deposited Receipt 1/3/2020 | 1/3/2020 | Urban Commons, LLC | Earnest Money Deposit | $500,000.00 |
| 71401 | Deposited Receipt - Manual 1/6/2020 | 1/6/2020 | Urban Commons, LLC | Earnest Money Deposit | $50,000.00 |
| 71427 | Deposited Receipt 1/9/2020 | 1/9/2020 | Urban Commons, LLC | Earnest Money Deposit | $1,000,000.00 |
| 71429 | Deposited Receipt 1/10/2020 | 1/10/2020 | URBAN COMMONS 6TH AVE SEATTLE LLC fbo Urban Commons, LLC | Earnest Money Deposit | $450,000.00 |
| 71445 | Deposited Receipt 1/15/2020 | 1/15/2020 | URBAN COMMONS 6TH AVE SEATTLE LLC fbo Urban Commons, LLC | Additional Deposit | $1,000,000.00 |
| 71470 | Deposited Receipt 1/16/2020 | 1/16/2020 | URBAN COMMONS 6TH AVE SEATTLE LLC fbo Urban Commons, LLC | Additional Deposit | $1,000,000.00 |
| 71720 | Deposited Receipt - Manual 2/21/2020 | 2/21/2020 | URBAN COMMONS 6TH AVE SEATTLE LLC fbo Urban Commons, LLC | Additional Deposit | $400,000.00 |
| 71733 | Deposited Receipt 2/24/2020 | 2/24/2020 | URBAN COMMONS 6TH AVE SEATTLE LLC fbo Urban Commons, LLC | Additional Deposit | $600,000.00 |
| 71814 | Deposited Receipt 3/3/2020 | 3/3/2020 | Urban Commons, LLC | Additional Deposit | $200,000.00 |
| 72244 | Deposited Receipt 5/4/2020 | 5/4/2020 | 2W ASSET MANAGMENT, LLC fbo Urban Commons, LLC | Additional Deposit | $50,000.00 |
| 73044 | Deposited Receipt 8/25/2020 | 8/25/2020 | URBAN COMMONS 6TH AVE fbo 1301 6th Ave, LLC | Additional Deposit | $50,000.00 |
| 73477 | Deposited Receipt 10/9/2020 | 10/9/2020 | URBAN COMMONS LLC fbo 1301 6th Ave, LLC | Additional Deposit | $100,000.00 |
| 73488 | Deposited Receipt 10/13/2020 | 10/13/2020 | URBAN COMMONS 6TH AVE SEATTLE LLC fbo 1301 6th Ave, LLC | Additional Deposit | $200,000.00 |
| 73494 | Deposited Receipt 10/14/2020 | 10/14/2020 | URBAN COMMONS 6TH AVE SEATTLE LLC fbo 1301 6th Ave, LLC | Additional Deposit | $200,000.00 |

## Disbursement Summary

| Issued Checks | Issued Wires | Issued Fee Transfers | Issued IBA Disbursements | Pending | Net Adjustments | Total Disbursements |
|---|---|---|---|---|---|---|
| $0.00 | $5,800,000.00 | $0.00 | $0.00 | $48,821,308.13 | $0.00 | $54,621,308.13 |

| Document No. | Paid Status/ Date | Issue Date | Payee | Description | Amount |
|---|---|---|---|---|---|
| F | | | First American Title Insurance Company National Commercial Services | Closing-Escrow Fee -50/50: 11010.00 Policy-Extended ALTA 2006 Owner's: 23786.00 Policy-Standard ALTA 2006 Owner's: 45873.17 | $88,209.92 |

File No: NCS-984828-WA1                                                                                           Printed: 02/22/2022

| Document No. | Paid Status/ Date | Issue Date | Payee | Description | Amount |
|---|---|---|---|---|---|
| | | | | Estimated Recording Fees to : 1000.00<br>Record -Reconveyance_HSBC to : 210.00<br>Endorsement (L) ALTA 25: 165.15<br>Endorsement (L) ALTA 17.2: 550.50<br>Endorsement (L) ALTA 27: 165.15<br>Endorsement (L) ALTA 3.1: 1651.50<br>Endorsement (L) ALTA 37: 110.10<br>Endorsement (L) ALTA 28.1: 165.15<br>Endorsement (L) ALTA 28: 165.15<br>Endorsement (L) ALTA 18: 165.15 | |
| C | | | Commission Demand-Seller to provide | Real Estate Commission: 1.00 | $1.00 |
| W | | | HSBC Bank USA, N.A. | Principal Balance: 45000000.00  Fax/Statement Fee: 50.00<br>Interest to 7/29/2020: 119735.00  Legal Fee: 500.00<br>Update Fee (Placeholder): 50.00 | $45,120,335.00 |
| C | | | King County Treasurer | 1st half 2020 prop tax/780292001002: 316267.92 | $316,267.92 |
| C | | | King County Treasurer | EXCISE TAX (76,256,000): 2638510.00  REET FEE: 5.00 | $2,638,515.00 |
| C | | | Washington State Department of Revenue Taxpayer Account Administration | Consumer Use Tax ($6,144,000): 620544.00 | $620,544.00 |
| W | | | The Vertex Companies, Inc. | Invoice No: 0119115: 11049.87 | $11,049.87 |
| C | | | First American UCC Insurance Services | UCC Search, Filing, Courier & Admin Fees:    726.92  EAGLE 9 UCC Insurance Premium: 23325.00<br>Mezz Endorsement: 2332.50 | $26,384.42 |
| C | | | Riemer Braunstein LLP | Lender's HSBC_Legal Fee: 1.00 | $1.00 |
| W | 70534<br>Paid Wire 3/13/2020 | 03/13/2020 09:30:15 AM | 10-1301 HSW Owner, LLC<br>7121 Fairway Drive<br>Palm Beach Gardens,FL 33418 | Release of earnest money/deposits: 5200000.00 | $5,200,000.00 |
| W | 70984<br>Paid Wire 5/5/2020 | 05/04/2020 03:46:29 PM | 10-1301 HSW Owner, LLC<br>7121 Fairway Drive<br>Palm Beach Gardens,FL 33418 | release of extension deposit_May 2020:          50000.00 | $50,000.00 |
| W | 72236<br>Paid Wire 9/4/2020 | 09/04/2020 10:42:37 AM | 10-1301 HSW Owner, LLC<br>7121 Fairway Drive<br>Palm Beach Gardens,FL 33418 | release of extension deposit_Sept 2020:          50000.00 | $50,000.00 |

Page 3 of 4

File No: NCS-984828-WA1                                                                                                         Printed: 02/22/2022

| Document No. | Paid Status/ Date | Issue Date | Payee | Description | Amount |
|---|---|---|---|---|---|
| 72795 W | Paid Wire 10/14/2020 | 10/14/2020 01:49:01 PM | 10-1301 HSW Owner, LLC<br>7121 Fairway Drive<br>Palm Beach Gardens,FL 33418 | release of extension deposit_October 2020: 500000.00 | $500,000.00 |