# EXHIBIT E

AT-167/EJ-152

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | LEVYING OFFICER (Name and Address) |
|---|---|
| Norma V. Garcia/Jeffrey M. Blank   SBN: 223512/217522<br>GARCIA RAINEY BLANK & BOWERBANK LLP<br>695 Town Center Drive Suite 700, Costa Mesa, CA 92626<br>TELEPHONE NO: (714) 382-7000   FAX NO. (714) 784-0031<br>E-MAIL ADDRESS: ngarciaguillen@garciarainey.com<br>ATTORNEY FOR (Name): Plaintiffs Clifford Rosen and Ronald Christensen | |

United States District Court, Central District of California
STREET ADDRESS 411 W. Fourth Street
MAILING ADDRESS 411 W. Fourth Street
CITY AND ZIP CODE Santa Ana, California 92701
BRANCH NAME Ronald Reagan Federal Building & United States Courthouse

LEVYING OFFICER FILE NO.:

PLAINTIFF/PETITIONER: Clifford Rosen et al

DEFENDANT/RESPONDENT: Urban Commons, LLC et al

**MEMORANDUM OF GARNISHEE**
(Attachment—Enforcement of Judgment)

COURT CASE NO.:
8:20-cv-01973-JLS-DFM

**NOTICE TO PERSON SERVED WITH WRIT AND NOTICE OF LEVY OR NOTICE OF ATTACHMENT:** This memorandum must be completed and mailed or delivered to the levying officer within 10 days after service on you of the writ and notice of levy or attachment unless you have fully complied with the levy. Failure to complete and return this memorandum may render you liable for the costs and attorney fees incurred in obtaining the required information.

— RETURN ALL COPIES OF THIS MEMORANDUM TO THE LEVYING OFFICER —

This memorandum does *not* apply to garnishment of earnings.

1 a. Garnishee (name): First American Title Insurance Company - National Commercial Services

   b. Address: 3 First American Way, Santa Ana, California 92707

2 Judgment Creditor (name): Clifford Rosen and Ronald Christensen

3 ☑ (Check if applicable.) The garnishee holds neither any property nor any obligations in favor of the judgment debtor.

4 If you will not deliver to the levying officer any property levied upon, describe the property and the reason for not delivering it:

N/A; First American Title Insurance Company - National Commercial Services does not hold any property of Urban Commons 6th Ave Seattle, LLC nor any obligations in favor of Urban Commons 6th Ave Seattle, LLC.

5. For writ of execution only. Describe any property of the judgment debtor not levied upon that is in your possession or under your control:

(Continued on reverse)

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
AT-167/EJ-152 [Revised July 1, 2013]

MEMORANDUM OF GARNISHEE
(Attachment—Enforcement of Judgment)

Code Civ. Proc., §§ 488.610,
701.030
Westlaw Doc & Form Builder

AT-167/EJ-152

| SHORT TITLE: Rosen et al v. Urban Commons, LLC et al. | LEVYING OFFICER FILE NO.: | CASE NUMBER: 8:20-cv-01973-JLS-DFM |
|---|---|---|

6. If you owe money to the judgment debtor which you will not pay to the levying officer, describe the amount and the terms of the obligation and the reason for not paying it to the levying officer:

N/A; First American Title Insurance Company - National Commercial Services does not hold any property of Urban Commons 6th Ave Seattle, LLC nor any obligations in favor of Urban Commons 6th Ave Seattle, LLC.

7. Describe the amount and terms of any obligation owed to the judgment debtor that is levied upon but is not yet due and payable:

N/A; First American Title Insurance Company - National Commercial Services does not hold any property of Urban Commons 6th Ave Seattle, LLC nor any obligations in favor of Urban Commons 6th Ave Seattle, LLC.

8. **For writ of execution only.** Describe the amount and terms of any obligation owed to the judgment debtor that is not levied upon:

9. Describe any claims and rights of other persons to the property or obligation levied upon that are known to you and the names and addresses of the other persons:

N/A; First American Title Insurance Company - National Commercial Services does not hold any property of Urban Commons 6th Ave Seattle, LLC nor any obligations in favor of Urban Commons 6th Ave Seattle, LLC.

### DECLARATION OF GARNISHEE

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

Lisa Cornehl

(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE)

If you need more space to provide the information required by this memorandum, you may attach additional pages.

☐ Total number of pages attached:

Page 2 of 2

AT-167/EJ-152 [Rev. July 1, 2013]

**MEMORANDUM OF GARNISHEE**
(Attachment–Enforcement of Judgment)