# EXHIBIT A



INCOMING WIRE INSTRUCTIONS:

URBAN COMMONS 6TH AVE SEATTLE, LLC
10250 CONSTELLATION BLVD., STE 1750

LOS ANGELES CA  90067-6257

ACCOUNT NAME: URBAN COMMONS 6th AVENUE SEATTLE, LLC

ACCOUNT NUMBER: ▮▮▮▮▮▮0682

BANK OF AMERICA, NA

222 BROADWAY

NEW YORK, NY  10038

ABA ROUTING NUMBER: 026009593

SWIFT CODE: BOFAUS3N

Urban Commons
10250 Constellation Boulevard
Suite 1750
Los Angeles, CA 90067

213.260.9111

www.urban-commons.com

**BANKOFTHEWEST.COM**

**Wire:** DOMESTIC ☑  FOREIGN ☐          **Currency:** US ☑  FOREIGN ☐
**Quoted by** *(Intranet or Trader Name)*

| | |
|---|---|
| **Branch** | 277           MANZANO OFFICE #277 |
| **Payment Amount** | 300,000.00         **Currency** USD - US dollar |
| **Rate** |              **Contract Number** |

**Date** Value        09 JUL 2020

**DFA Eligible** Not D-F
**Currency**

### Debit Party

| | |
|---|---|
| D-DDA | ████0960 |
| | LIMEI CHEN |
| | ALAN T CHEN |
| | ████████████ |
| | USA            NM 871124918 |

### Beneficiary

| | |
|---|---|
| Not On Us | ████0682 |
| | URBAN COMMONS 6TH AVE SEATTLE, LLC |
| | 10250 CONSTELLATION BLVD, STE 1750 |
| | LOS ANGELES, CA 90067 |

### Beneficiary's Bank

| | |
|---|---|
| A-ABA | 026009593 |
| | BANK OF AMERICA NT AND SA |
| | NEW YORK NY 10048-1191 |

**Bank to Bank Information**

**Originator to Beneficiary Information**
Wire from Limei Chen to Urban Commons 6th Ave Seattle, LLC

https://rpiwire.bankofthewest.com/webmts_bow/entBeneficiaryTransfer.do                7/9/2020

**Internal Comments Only**

[                                                                    ]

**Note:** For domestic wires, customer must provide an accurate Federal Reserve identifier, also known as an "ABA" number, for the Beneficiary's bank/financial institution.
For international wires, customer must provide an accurate SWIFT identifier, also known as a "BIC", and other required information for the Beneficiary's bank/financial institution. Beneficiary's complete International Bank Account Number (IBAN) is mandatory for wires sent to countries that require an IBAN. An incomplete/missing SWIFT/BIC or IBAN may result in a wire reject or return with additional charges assessed by the receiving bank. Wires sent to Mexico require an 18-digit CLABE (CLAve Bancaria Estandarizada) as the Beneficiary's account number.
Beneficiary's account number must be accurate or wire may be credited to the account of a person or entity that is NOT your intended beneficiary and you, as Originator, could lose your entire payment.
**Notice:** Intermediary and Beneficiary banks may assess a fee with the result that the Payee/Beneficiary may receive an amount that is less than the face value of the wire.
The undersigned certifies on behalf of Originator that the above information is true and correct and further agrees to be bound by the terms and conditions set forth on the Wire Transfer Agreement, receipt of which is hereby acknowledged.

**Originator's Signature:** _____   **Today's Date:** _____

☐ **Signature Verified**

**BNP ID Information**
*(TIN or Alien ID Number, Type of ID and Serial Number)*

**State or Country of Issue**

[                                                                    ]

| BANK USE ONLY | | TRN: |
|---|---|---|
| Entered By: (Print Name) | Approved By: (Print Name) | 2nd Approver if applicable: (Print Name) |
| Entered By: (Signature) | Approved By: (Signature) | 2nd Approver: (Signature) |

Case 2:21-cv-08866-JLS-DFM   Document 37-10   Filed 01/19/23   Page 5 of 6   Page ID #:360

Page 5 of 4

# WIRE TRANSFER AGREEMENT

1. **Wire Transfer.** You (meaning the Originator/Sender) agree that the terms and conditions outlined in this Agreement apply to the wire transfer request you make to the Bank ("we," "us," or "Bank"). As used in this Agreement, the term "wire transfer" means "funds transfer" as defined in the Uniform Commercial Code, Article 4A. A wire transfer may be requested for the same Business Day. A Business Day is defined as Monday through Friday, excluding federal holidays. Your wire transfer request must be received by us prior to our cutoff hours in order to be sent on the same Business Day. If your Wire Transfer Request fails to reach us prior to our cutoff hour, we will send the wire transfer on our next Business Day. The Value Date means the date on which the funds may be received by the Beneficiary. The wire may be received later than the Value Date.

2. **Transmitting and Recording Information About You in the Wire Transfer Process.** Any wire transfer executed by us is subject to rules and regulations applicable to wire transfers, including, without limitation, the federal Bank Secrecy Act and its regulations and the Office of Foreign Assets ("OFAC"). In order to comply with applicable laws and regulations, in executing any wire transfer, we may transmit information regarding you, such as your name, address and account number, as part of the payment process. By sending wire transfers through us, you agree that you will assist us in complying with the applicable laws and regulations and hold us harmless from any liability in connection with our compliance with the laws or regulations.

3. **Rejection of Wire Transfer Request; Reservation of Rights.** You understand that we may reject (i.e., refuse to send) any Wire Transfer Request without liability if you (i) have failed to maintain sufficient available funds in the account from which funds are to be debited for payment to us; (ii) fail to pay in acceptable immediately available funds the amount of each wire transfer transmitted by us or (iii) cannot, or will not provide all information which we are required to obtain to comply with any law or regulation, including, without limitation, the federal Bank Secrecy Act. Notice of such rejection will be given on the Business Day on which we reject the Wire Transfer Request. In addition, at our sole discretion and without liability to you or any third party, we reserve the right, for any or no reason, to reject, impose conditions on, cancel, delay or suspend any instructions to initiate any wire transfer on your behalf (even if comparable wires have been previously accepted); similarly, at our sole discretion and without liability to you and without prior notice, we reserve the right to refuse to receive any funds transfer on your behalf. If we take the action described in the previous sentence, we will use reasonable efforts to notify you of such action by communicating with you in a method allowed by this Agreement or in some other commercially reasonable manner, including verbally notifying you or your designated representative, but we shall have no liability to you or any third party if we are unable to give such notice to you. In the event we take any such action as described above in this paragraph, you agree that you will indemnify us and hold us harmless from all loss, cost or expense arising from such action, including without limitation, with respect to claims by third parties.

4. **Cancellations or Amendments of Wire Transfer Request.** A wire transfer may be canceled or amended only if we have not transmitted the wire transfer or credited the Beneficiary's account, and the communication canceling or amending the wire transfer is received by us at a time and in a manner affording us a reasonable opportunity to act on the communication.

5. **Inconsistency of Name and Number.** You acknowledge and agree that, if a wire transfer describes the Beneficiary, the Beneficiary Bank or any Intermediary Bank inconsistently by name and number, payment of the wire transfer transmitted by us may be made on the basis of the account number or the bank number alone even if the number identifies a person or bank different from the named Beneficiary, Beneficiary Bank or Intermediary Bank. Your obligation to pay the amount of the wire transfer to us is not excused in such circumstances.

6. **Payment.** You agree to pay us and we may, without prior notice or demand, obtain payment of any amount due to and payable to us under this Agreement by debiting any deposit account you maintain with us, on the Business Day we transmit the wire transfer request. You shall pay us the fees for the services provided for herein according to our current fee schedule, as it may be amended from time to time.

7. **Foreign Currency Transactions.** You understand that foreign currency wire transfers must be based on a currency traded by us and that the rate of exchange will be the rate in effect at the time the wire transfer is transmitted by us. If the wire transfer is returned for any reason, you agree to accept the refund in United States Dollars based on our then-current buying rate, converting the currency to United States Dollars on the date of refund, less any charges and expenses incurred by us.

8. **Your Representations and Agreements; Indemnity.** You represent to us and agree that you shall perform your obligations under this Agreement in accordance with all applicable laws and regulations. You agree to comply with all applicable laws and regulations, including those relating to anti-bribery, anti-money laundering, the fight against terrorism, and sanctions ("Sanctions"), that apply to us or BNP Paribas S.A. You represent that you are not the target of Sanctions. You agree to hold the Bank harmless from liability for any actions taken by the Bank to comply with applicable laws and regulations, including Sanctions. You further agree to indemnify us against any loss, liability or expense, resulting from or arising out of any breach of any of the foregoing representations or agreements.

9. **Limitations on Liability; Indemnity; No Attorney's Fees.**

    (a) We shall not be responsible to you for any loss or liability arising from: (i) any inaccuracy, act or failure to act on the part of any person not within our reasonable control, including, but not limited to, the failure of other financial institutions to provide accurate or timely information to us or to you; (ii) the failure of other financial institutions to accept wire transfers; (iii) your negligence or breach of this Agreement; (iv) any ambiguity or inaccuracy in any instruction or information given to us by you or your agent; (v) any error, failure or delay in execution of any wire transfer, including without limitation, any inoperability of computer or communication facilities or failure, including without limitation, war, or any emergency condition beyond our reasonable control; or (vi) any act or failure to act on our part caused by legal constraints (such as legal process served on us or any law or regulation, including any regulation of OFAC).

    (b) In all cases, our liability for any act or failure to act under this Agreement shall be limited to the payment of interest on the funds affected. Interest will be paid based on the Fed Funds Rate for each day of our liability for any act or failure to act.

    "Federal Funds Rate" means, for any period, the rate set forth in the weekly statistical release designated as H.15(519), or any successor publication, published by the Federal Reserve Board (including any such successor, "H.15(519)" for the previous day opposite the caption "Federal Funds (Effective)". If, on any relevant day, such rate is not yet published in H.15 (519), the rate for such previous day will be the rate set forth in the daily statistical release designated as the Composite 3:30 p.m. Quotations for U.S. Government Securities, or any successor publication, published by the Federal Reserve Bank of New York (including as such successor, the "Composite 3:30 p.m. Quotations") for such previous day under the caption "Federal Funds Effective Rate". If on any relevant day the appropriate rate for such previous day is not yet published in either H.15 (519) or the Composite 3:30 p.m. Quotations, the rate for such previous day will be the arithmetic mean of the rates for the last transaction in overnight Federal funds arranged prior to 9:00 a.m. (Eastern Time) on that day by each of three (3) leading brokers of Federal funds transactions in New York City, selected by us.

    **Under no circumstances shall we be liable for any consequential, indirect, punitive, or special damage which you may incur or suffer in connection with any wire transfer under this Agreement, including without limitation loss or damage from subsequent wrongful dishonor resulting from our acts or omissions under this Agreement.**

    (c) Without limiting the generality of the foregoing provisions, we shall be excused from failing to transmit or delay in transmitting a wire transfer if

https://rpiwire.bankofthewest.com/webmts_bow/entBeneficiaryTransfer.do                    7/9/2020

such transmittal would result in our violating any provision of any present or future risk control program of the Federal Reserve Bank or any rule or regulation of any other U.S. governmental regulatory authority. Notwithstanding any provisions of the Commercial Code or other applicable statute to the contrary, you agree that attorney's fees are not recoverable, by either you or us, in any action or proceeding undertaken to enforce or interpret the terms of this Agreement or which arises in connection with wire transfer services rendered under this Agreement.

10. **Notices and Instructions**. Any written communication required or permitted to be given under this Agreement shall be hand delivered, or sent by United States first-class mail, postage pre-paid, or by express carrier. We shall be entitled to rely on any written notice or communication believed in good faith to be genuine and to have been signed by you or your authorized representative, and any such notice or communication shall be deemed to have been signed by such person. Any such notice shall be effective no later than the next business day following the day of our receipt thereof. A notice of a returned wire transfer shall be given to you no later than the next business day following our receipt of the returned wire transfer.

11. **Governing Law**. This Agreement shall be construed in accordance with and governed by the laws of the State where the account is located. With respect to wire transfer systems used by us to execute your wire transfers, you agree to be bound by the State and Federal laws and Rules governing the wire transfer system to the extent we are bound.

12. **Electronic Signatures and Counterpart**. This Wire Transfer Agreement may be in the form of an Electronic Record and may, if Bank has expressly agreed with you to accept Electronic Signatures, be executed using Electronic Signatures (including manually executed paper documents that are sent by facsimile, .pdf or other electronic means), which shall be considered an original and shall have the same legal effect, validity and enforceability as an original paper record. For purposes hereof, each of the terms "Electronic Record" and "Electronic Signature" has the respective meaning assigned to it in 15 USC §7006 (as the same may be amended from time to time).