# EXHIBIT B

# INVESTMENT AGREEMENT

**THIS INVESTMENT AGREEMENT** (this "**Agreement**") is made as of _____, 2020 (the "**Effective Date**"), by and between Urban Commons, LLC, the manager (the "**Manager**") of Urban Commons 6th Ave Seattle, LLC, a Delaware limited liability company (the "**Company**") at 10250 Constellation Blvd., Suite 1750, Los Angeles, California 90067, and _NE ABQ, NM 87112_ _Cheng Family, LLC_ (the "**Member**") at _13912 Indian School_ (Member Address), with reference to the following facts:

    A. Member has invested $ _300,000.00_ USD in Company (the "**Investment Capital**") in accordance with the terms and conditions in Company's Subscription Agreement.
    B. Member has entered into Company's Operating Agreement dated December 16, 2019 as a member of Company (the "**Operating Agreement**").

**NOW, THEREFORE**, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. **GUARANTEED PREFERRED RETURN**
   a. Member shall receive a six percent (6%) guaranteed preferred return per annum on Investment Capital ("**Preferred Return**"), to be paid each Calendar Quarter at the rate of 1.5% each Calendar Quarter.
   b. "Preferred Return" means an amount calculated like interest and accrued on the balance standing from time to time in such Member's Investment Capital account at a simple interest rate equal to six percent (6%) per annum, non-compounded.
   c. "Calendar Quarter" shall mean each period of three (3) consecutive calendar months commencing on the first day of January, April, July and October of each Calendar Year.
   d. Net profits of Company that exceed 6% per annum will be distributed to the members of the Company on a pro rata basis in accordance to the percentage of ownership interest as set forth in Exhibit A of the Operating Agreement.
   e. For accounting and tax purposes, net profits or net losses shall be determined on an annual basis.

2. **TERM AND TERMINATION**
   a. This Agreement shall be effective and binding upon the parties as of the Effective Date.
   b. This Agreement will terminate in the event one of the following occurs:
      i. Written consent of Member
      ii. Member is no longer a member of Company

3. **MISCELLANEOUS**
   a. This Agreement may be amended or modified only by a written agreement signed by all of the parties.
   b. No party shall be deemed to have waived any provision of this Agreement or the exercise of any rights held under this Agreement unless such waiver is made expressly and in writing. Waiver by any party of a breach or violation of any provision of this Agreement

shall not constitute a waiver of any other subsequent breach or violation.
c. No party hereto shall have the right to assign its rights or delegates its duties hereunder without the written consent of the other parties, which consent shall not be unreasonably withheld.
d. If any provision of this Agreement is held to be invalid, illegal or unenforceable in whole or in part, the remaining provisions shall not be affected and shall continue to be valid, legal and enforceable as though the invalid, illegal or unenforceable parts had not been included in this Agreement.
e. This Agreement shall be binding upon and inure to the benefit of the parties and their respective legal representatives, heirs, administrators, executors, successors and permitted assigns.
f. The section headings herein are for reference purposes only and shall not otherwise affect the meaning, construction or interpretation of any provision in this Agreement.
g. The terms of this Agreement shall be governed by and construed in accordance with the laws of the State of California.
h. Any dispute arising from this Agreement shall be resolved through binding arbitration conducted in accordance with the rules of the American Arbitration Association.
i. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original and all of which together, shall constitute one and the same document.
j. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original and all of which together, shall constitute one and the same document.

[Remainder of page intentionally left blank.]

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be duly executed as of the date first written above.

MEMBER:

BY: _Chen's Family LLC_

NAME: _Li Mei Chen_

TITLE: _Manger_      2/5/2020

[SIGNATURES CONTINUE ON FOLLOWING PAGE]

Scanned with CamScanner

MANAGER:

URBAN COMMONS LLC, a Delaware
limited liability company

BY: _____

NAME: _____

TITLE: Managing Member