# EXHIBIT C

**From:** Li Mei Lin Chen
**Sent:** Wednesday, February 17, 2021 11:33 AM
**To:** bt@torreslawnm.com
**Subject:** Fwd: Urban Commons 6th Ave Seattle , LLC (Wire Instructions)

Sent from my iPhone

Begin forwarded message:

> **From:** Annie Wu <annie@urban-commons.com>
> **Date:** November 3, 2020 at 1:59:17 PM MST
> **To:** "Chen, Alexandria V" <li.mei.lin.chen@gmail.com>
> **Cc:** IR Team <IRTeam@urban-commons.com>
> **Subject: RE: Urban Commons 6th Ave Seattle , LLC (Wire Instructions)**

Received, thank you.

**Annie Wu | URBAN COMMONS | Investor Relations**
10250 Constellation Blvd. Suite 1750, Los Angeles, CA 90067
Phone: (213) 260-9111 ext. 107

**From:** Chen, Alexandria V <li.mei.lin.chen@gmail.com>
**Sent:** Monday, November 2, 2020 2:40 PM
**To:** Annie Wu <Annie@urban-commons.com>
**Subject:** RE: Urban Commons 6th Ave Seattle , LLC (Wire Instructions)

Checking acct ▮▮▮▮1447
Wire transfer ▮▮▮▮▮
Direct deposit / electronic payment ▮▮▮▮▮

Sent from Mail for Windows 10

**From:** Annie Wu
**Sent:** Wednesday, October 28, 2020 1:14 AM
**To:** Howard Wu; Taylor Woods
**Cc:** IR Team
**Subject:** Urban Commons 6th Ave Seattle , LLC (Wire Instructions)

Dear Investors,

Can you please send us your wire instructions if you haven't already?

Thank you,

**Annie Wu** | URBAN COMMONS | **Investor Relations**
10250 Constellation Blvd. Suite 1750, Los Angeles, CA 90067
Phone: (213) 260-9111 ext. 107

---

**From:** Annie Wu <Annie@Urban-Commons.com>
**Sent:** Sunday, October 11, 2020 11:07 PM
**To:** 'Howard Wu' <hwu410@gmail.com>; Taylor Woods <taylor@urban-commons.com>
**Cc:** IR Team <IRTeam@urban-commons.com>
**Subject:** Urban Commons 6th Ave Seattle , LLC

Dear Investors,

Howard wanted me to reach out to let you know that he is in the final stages of closing Seattle, and expects to pay the interest payment beginning on November 1st.

Thank you,

**Annie Wu** | URBAN COMMONS | **Investor Relations**
10250 Constellation Blvd. Suite 1750, Los Angeles, CA 90067
Phone: (213) 260-9111 ext. 107

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited