# EXHIBIT D

# Wells Fargo® Preferred Checking

November 23, 2020   ■   Page 1 of 4



LI MEI CHEN

████████████

ALBUQUERQUE NM 87112-4918

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (585)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 10/23 | $8,894.09 |
| Deposits/Additions | 14,899.11 |
| Withdrawals/Subtractions | - 15,751.18 |
| **Ending balance on 11/23** | **$8,042.02** |

Account number: ████████ **1447**

**LI MEI CHEN**

*New Mexico account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  107002192

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

**WELLS FARGO**

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.06 |
| Average collected balance | $7,634.70 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.06 |
| Interest paid this year | $0.60 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/23 | | City of Fresno U City of Fr 102220 Limeichen | | 147.64 | 8,746.45 |
| 11/3 | | WT Fed#04411 Bank of America, N /Org=Urban Commons 6th Ave Seattle LLC Srf# 2020110300739168 Trn#201103186543 Rfb# 20B3F5949En83B09 | 2,250.00 | | |
| 11/3 | | Wire Trans Svc Charge - Sequence: 201103186543 Srf# 2020110300739168 Trn#201103186543 Rfb# 20B3F5949En83B09 | | 15.00 | |
| 11/3 | | State Sales Tax | | 1.18 | 10,980.27 |
| 11/4 | | Zelle From Chen Alexandria on 11/04 Ref # Pp096487Sm | 750.00 | | |
| 11/4 | | WT Fed#05428 Bank of America, N /Org=Urban Commons 6th Ave Seattle LLC Srf# 2020110400641700 Trn#201104185415 Rfb# 20B4F5656I382Z99 | 2,250.00 | | |
| 11/4 | | Wire Trans Svc Charge - Sequence: 201104185415 Srf# 2020110400641700 Trn#201104185415 Rfb# 20B4F5656I382Z99 | | 15.00 | |
| 11/4 | | State Sales Tax | | 1.18 | 13,964.09 |
| 11/5 | | Merit Enterprise Corp Pay 201105 9545 1241 W 10th St | 1,310.50 | | |
| 11/5 | | Zelle From Chen Alexandria on 11/05 Ref # Pp096Gg5Ch | 44.00 | | 15,318.59 |
| 11/9 | | Merit Enterprise Corp Pay 201109 9471 846 N 10th Ave #6 | 675.01 | | |
| 11/9 | | Merit Enterprise Corp Pay 201109 9470 846 N 10th Ave #5 | 529.44 | | |
| 11/9 | | Purchase Bank Check OR Draft | | 15,000.00 | |
| 11/9 | 1157 | Deposited OR Cashed Check | | 300.00 | |
| 11/9 | 1158 | Check | | 20.00 | 1,203.04 |
| 11/16 | | Edeposit IN Branch/Store 11/16/20 12:32:06 Pm 7014 N Cedar Ave Fresno CA | 2,080.00 | | |
| 11/16 | | Deposit Made In A Branch/Store | 800.00 | | 4,083.04 |
| 11/17 | | Merit Enterprise Corp Pay 201117 9591 1315 E Broadmor Dr | 1,319.03 | | |
| 11/17 | | NM Gas Company Nmgas Bl 161497810235758 Limei Chen | | 17.90 | |
| 11/17 | | PNM Electric Ser Ele/Gs Bl 152705700235758 Li Mei Chen | | 61.93 | 5,322.24 |
| 11/19 | | Merit Enterprise Corp Pay 201119 9469 846 N 10th Ave #4 | 658.33 | | |
| 11/19 | | Merit Enterprise Corp Pay 201119 9468 846 N 10th Ave #3 | 2,232.74 | | 8,213.31 |
| 11/20 | | Pgande Web Online Nov 20 67339806110220 Li Mei Chen | | 27.66 | 8,185.65 |
| 11/23 | | City of Fresno U City of Fr 112220 Limeichen | | 143.69 | |
| 11/23 | | Interest Payment | 0.06 | | 8,042.02 |
| **Ending balance on 11/23** | | | | | **8,042.02** |
| **Totals** | | | **$14,899.11** | **$15,751.18** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1157 | 11/9 | 300.00 | 1158 | 11/9 | 20.00 |

November 23, 2020   ■   Page 3 of 4



---

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/23/2020 - 11/23/2020 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Total amount of qualifying direct deposits | $1,000.00 | $6,725.05 ☑ |
| · A linked Wells Fargo home mortgage | 1 | 0 ☐ |
| · Combined balance in linked accounts, which may include | $10,000.00 | $2,817.07 ☐ |
| - Minimum daily balance in personal checking, savings, Time Accounts (CDs) and FDIC-insured Retirement accounts | | |

JD/JD

 IMPORTANT ACCOUNT INFORMATION

---

Effective on or after November 30, 2020, (1) Wells Fargo branches will no longer be able to issue Wells Fargo Instant Issue Debit Cards and/or Business Instant Issue Debit Cards in certain circumstances, and (2) Wells Fargo branches in the states of South Carolina and Washington will no longer be able to issue Wells Fargo Instant Issue Debit Cards, Wells Fargo Business Instant Issue Debit Cards, and/or EasyPay Instant Cards. If you need a replacement card, you may request one by signing on to Wells Fargo Online® or calling the number on your statement. Once requested, replacement cards typically arrive in 5 to 7 calendar days. If you previously added your current Wells Fargo Debit Card or EasyPay Card to your Wells Fargo-supported digital wallet, you may continue to make purchases and access Wells Fargo ATMs using your digital wallet while you wait for your replacement card to arrive. For more details on digital wallets, please visit wellsfargo.com/mobile/payments.

**WELLS FARGO**

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.    $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.    = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

**E** **Subtract** **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR  D 399801

Member FDIC.