# EXHIBIT E



(505) 221-6709
bt@torreslawnm.com
1453 Rio Rancho Blvd. SE, Suite 1
Rio Rancho, NM 87124

Becky A. Torres, Esq.

February 17, 2021

*Via USPS and email (annie@urban-commons.com)*

Ms. Annie Wu
Investor Relations
Urban Commons 6th Ave Seattle, LLC
10250 Constellation Blvd., Suite 1750
Los Angeles, CA 90067

   **Re:** **Urban Commons 6th Ave Seattle, LLC**
      **Membership Interest Subscription Agreement and Investment Agreement**
      **Notice of Termination**

Dear Ms. Wu:

  This firm represents Chen Family, LLC regarding the above-referenced matter. Please direct any future correspondence to this office.

  On or around July 3, 2020, Chen Family, LLC entered into an Investment Agreement with Urban Commons 6th Ave Seattle, LLC ("Urban Commons") whereby Chen Family invested $300,000.00 ("Investment Capital") in Urban Commons. Chen Family, LLC also executed a Membership Subscription Agreement as part of the investment transaction.

  The purpose of this letter is to provide Urban Commons formal written notice that, pursuant to Section 2(b)(i) of the Investment Agreement, Chen Family, LLC now desires to terminate the Investment Agreement and Membership Interest Subscription Agreement.

  Pursuant to the Investment Agreement, Chen Family, LLC is entitled to quarterly interest payments equaling 1.5% of its Investment Capital. To date, Chen Family, LLC has received the equivalent of one quarterly interest payment, split into two separate deposits, the first on November 3, 2020 in the amount of $2,250.00 and the second on November 4, 2020 in the amount of $2,250.00.

  Chen Family, LLC now requests that Urban Commons return the Investment Capital, and all outstanding interest accrued thereon, to Chen Family, LLC at your earliest convenience, but by no later than **March 1, 2021,** as follows:

| | |
|---|---:|
| Investment Capital | $300,000.00 |
| 2020 Q3 Interest | $4,500.00 |
| 11/3/20 Interest payment | -$2,250.00 |
| 11/4/20 Interest payment | -$2,250.00 |
| 2020 Q4 Interest | $4,500.00 |
| 2021 Q1 Interest pro-rated | $3,000.00 |
| **Total due to Chen Family, LLC** | **$307,500.00** |

www.torreslawnm.com

Ms. Annie Wu
February 17, 2021
Page 2 of 2

      Please contact this office at your earliest convenience to confirm this termination and to arrange for delivering funds in the amount of **$307,500.00** to Chen Family, LLC.

      Thank you for your prompt attention to this matter.

                                            Sincerely,

                                            TORRES LAW FIRM, LLC

                                            Becky A. Torres

BAT/
cc:    Client
       Howard Wu (***via email to*** *howard@urban-commons.com*)