EXHIBIT F

**From:** meili hsu
**Sent:** Monday, March 8, 2021 12:26 AM
**To:** 麗美
**Subject:** Fwd: Seattle - Sky Holdings Update
**When:** Monday, March 8, 2021, 6:00 PM - 6:30 PM
**Location:** https://us04web.zoom.us/j/74614091195?pwd=cDJKLzVEZTkvdzRnUVk1WkpLZEhLdz09

Hi, 麗美
請記得參加 zoom call 3/8 下午 5:00，有問必答
Link 在下面

Meili

Sent from my iPhone

Begin forwarded message:

> **From:** Felix Wong <felix@urban-commons.com>
> **Date:** March 8, 2021 at 2:26:38 PM GMT+8
> **To:** Kelly Shu <kelly@urban-commons.com>, Howard Wu <howard@urban-commons.com>, Meili Hsu <meili1055@gmail.com>
> **Subject: Seattle - Sky Holdings Update**