# EXHIBIT G

Zoom Meeting March 8, 2021

Meeting was started by Mei Lin. She asked when property is going to be purchased. Howard said he will submit the offer tomorrow. He was able to get lower offer from 95 mil to 91 million and he hopes due to covid he can get it down to 88 mil.

I asked him why there was no reply on his end, so he said there was a group created but did not give us a direct number or email.

He says he has plans to close either March or April. He keeps making excuses about waiting to purchase the property because he wants to negotiate the property down to a lower price.

Other investor asked about a personal lawsuit that is happening and he said that is such a small amount and will not stop him from purchasing the property. He was explaining fake business model about terrible stats that have prevented him from closing on the property in order to get the property for less. He mentioned many things regarding the non-existent business by saying we can apply for PPP.

We asked him collectively about not buying and he said the deposit we put down will be eaten up by the seller. He also said his lawyer gave him this advice. He says we CAN'T get money back, that it is lost if the deal falls through because it is a private deal. He said he sent 6.5 million dollars down already.

I asked him about bank statement to see the compiled money, purchase agreement, financial statement and proposal, but he says he has held off on the closing to argue the price.

He kept mentioning about the 6% interest that will be returned once the property is purchased. HE said Annie has left so there is no one to return our phone calls.

Another investor asked about the K-1 statement and he doesn't know when that will be released because it is difficult and he is short-handed. When asked about K-1 forms he says its okay that it is late. We asked him how we are suppose to report our interest earning and he says he is working on it and will be released in Sept. We told him that the taxes are due in April.

I asked him about the PPP and how that is possible when we haven't closed and purchased the property. He said when we buy it, we can get a 3rd round of PPP that doesn't require prior ownership. He said we can get 4 million when we apply for PPP, so that is why we want to close in beginning of April. I told him that PPP requires prior history of ownership and he argued that's not needed for this kind of PPP. When asked about bank statement and whether he received it or not. He said he received statement from the seller last year. We asked him for this, and he said he needs to catch up on work and to-do list since Annie left. He says that he hasn't bought it because of COVID due to the poor business during COVID.

We asked him for proof of investment money. We need a statement to report our earnings. He didn't reply. We asked if we are going to receive more interest and he deflected.