# EXHIBIT H

**From:** Li Mei Lin Chen <li.mei.lin.chen@gmail.com>
**Date:** April 21, 2021 at 8:36:15 PM MDT
**To:** Cassidy Nein <alsbigdipper@gmail.com>
**Subject: Fwd: Hilton Seattle Update**

---------- Forwarded message ---------
From: **Felix Wong** <felix@urban-commons.com>
Date: Wed, Apr 14, 2021 at 8:26 PM
Subject: Hilton Seattle Update
To:
CC: IR Team <irteam@urban-commons.com>, meili hsu <meili1055@gmail.com>

Dear Hilton Seattle Investors,

Although 2020 has brought unprecedented challenges to our company, the hotel industry, and our communities, we continue to attempt to unite interested parties to promote the best chance of survival and success. Although COVID-19 has severely impacted hotels worldwide, our team will endeavor to find solutions to the challenges that arise as a direct result of the pandemic.

Due to the pandemic prolonged in our Hilton Seattle process, there is limited cash flow at the moment, which tentatively limits our ability to pay interests to investors. We are almost at the end of the pandemic, we will accumulate missing interest payments and will resume paying after July 1st, 2021.

Thank you and appreciate your understanding and support.

Best,
Felix

**Felix Wong** | **URBAN COMMONS** | **Investor Relations**

10250 Constellation Blvd, Suite 1750, Los Angeles, CA 90067

Phone: (213) 260-9111 ext: 114