EXHIBIT I

From: **Howard Wu** <[hwu410@gmail.com](hwu410@gmail.com)>
Date: Fri, Jun 25, 2021 at 11:15 PM
Subject: seattle PSA
To: meili Hsu <[meili1055@gmail.com](meili1055@gmail.com)>, <[Li.mei.Lin.chen@gmail.com](Li.mei.Lin.chen@gmail.com)>

Hi Meili

please see the attached executed original LOI and PSA

signature was on page 64 or so.

Let me know if you need anything else on Seattle.

thanks