# EXHIBIT K

**From:** meili hsu <meili1055@gmail.com>
**Date:** August 26, 2021 at 8:43:03 AM MDT
**To:** MEI-LI HSU <meili1055@yahoo.com>
**Cc:** Jean Lin <jeanchlin@gmail.com>, January Tsang <januarytsang@gmail.com>, Michael Chiang <per2442@gmail.com>, Agnes Chin <srulian220@yahoo.com>, Bella <Bcwu4588@yahoo.com.tw>, David Lin <dnslin99@aol.com>, Alex Lin <Alex@grandgem.com.tw>, 麗美 <Li.mei.lin.chen@gmail.com>
**Subject: Re: Fw: zoom call for Seattle**

Dear all
We will change our zoom call to 6:00 pm on Thursday due to some working investors. Howard will be fine with it. Please find the link, ID and Code.

Meili

Join Zoom Meeting
https://us02web.zoom.us/j/9096668177?pwd=NXJpaEg2N2d1bWtyM0liSTlmakszdz09

Meeting ID: 909 666 8177
Passcode: 7777777
One tap mobile
+13017158592,,9096668177#,,,,*7777777# US (Washington DC)
+13126266799,,9096668177#,,,,*7777777# US (Chicago)

Dial by your location
        +1 301 715 8592 US (Washington DC)
        +1 312 626 6799 US (Chicago)
        +1 346 248 7799 US (Houston)
        +1 646 558 8656 US (New York)
        +1 669 900 9128 US (San Jose)
        +1 253 215 8782 US