# EXHIBIT L

Zoom meeting August 28, 2021

Howard started meeting by saying the closing hasn't happened due to delta variant and COVID. He was explaining to us that everyone is having trouble during COVID so he used the money to fund the other projects within the company. He mentioned that we have waiting already so long and the only way to get our money back is to sue the seller. He said that if we sue the seller then we will likely lose all our investment money and have to pay more to pay the lawyers. The other option is to wait until COVID is over and the deal goes through at a lower rate after his negotiating then when the hotel start to make above 60% profit then we can get our money with bonus for waiting so long.

Mei Li asked him when we are going to close and he says he hopes COVID will get better and we can close maybe closer to October. Another person asked if we can't close even by next year, he said we can sue the seller but its not common practice to get money back for big commercial deals like this. He says if people could get their money back during COVID then everyone would be backing out of deals. I asked him about the documents about the money being paid to the escrow account and he said he is able to get us the documents and deflected the rest of that conversation. He said he already put down non-refundable earnest money in the amount of 6 million "he thinks". I asked him about contingencies on ways to exit the deal and he says if there were contingencies at his level of deal making then he would be out of business and no one would want to make deals with him. He says he's done over 30+ deals.

Some of us said we want to take our money out and he says we would surely lose our earnest money. He then talked about PPP and how we can get paid by the government after we acquire the property. Someone asked him about a due date, he says the seller is willing to hold off the sale due to COVID. However, if we back out the seller will surely not return our money. He mentioned we waiting so long, what is so bad about waiting for this to blow over.

Someone asked about financing and he responded by saying there are no problems with financing. He even said the bank wants us to time it at the most opportune time too. Someone asked him what if the financing fell through then that would void the deal and he said it doesn't work that way, we would surely lose the earnest money. We asked about the interest payments and he doesn't know when or how much will be paid, but he will talk to Taylor about strategies of liquidating other parts of the company to pay for the interest payments.

I asked Howard where our bank statement for holding our investment money, escrow and amount paid are. He deflected. He said he already put down money for the offer and the only way out is to sue the seller and lose out on all the money. He even said I should find a business lawyer and tell them what I said today and he would pay for it to prove how correct he is.