GARCIA RAINEY BLANK & BOWERBANK LLP
A LIMITED LIABILITY PARTNERSHIP
NORMA V. GARCIA, Cal. Bar No. 223512
ngarciaguillen@garciarainey.com
JEFFREY M. BLANK, Cal. Bar No. 217522
jblank@garciarainey.com
695 Town Center Drive, Suite 540
Costa Mesa, CA 92626
Telephone:  (714) 382-7000
Facsimile:   (714) 784-0031
Attorneys for Plaintiff
LI MEI CHEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI MEI CHEN, an individual<br><br>Plaintiff,<br><br>v.<br><br>URBAN COMMONS 6TH AVE SEATTLE, LLC, a Delaware Limited Liability Company; TAYLOR WOODS, an individual; HOWARD WU, an individual; WU DEVELOPMENT, LLC, a California Limited Liability Company; ANNIE WU, an individual; and DOES 1 through 10, inclusive<br><br>Defendants. | **Case No.:** 2:21-cv-08866-JLS-DFM<br>**Judge**:   Hon. Josephine L. Staton<br>**Dept**:     8A<br><br>**PLAINTIFF LI MEI CHEN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>Date: March 3, 2023<br><br>**UNDER SUBMISSION** |

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT

# REQUEST FOR JUDICIAL NOTICE

Plaintiff Li Mei Chen ("Plaintiff") hereby requests, pursuant to Federal Rule of Evidence 201, that this Court take judicial notice of the following documents in support of Plaintiff's Motion for Entry of Default Judgment pursuant to Fed. R. Civ. P. 55(b).

**Exhibit 1**: Cover page, table of contents, and pages 4-5, 42, 45, and 75-85 of the Eagle Hospitality Trust Annual Report 2019, which is publicly available in its entirety at https://investor.eagleht.com/misc/ar2019.pdf.

**Exhibit 2**: Opinion by U.S. Bankruptcy Court Judge Christopher S. Sontchi from the District of Delaware in *In re EHT US1, Inc.*, 633 B.R. 223 (Bankr. D. Del., Nov. 15, 2021).

DATED: January 19, 2023

GARCIA RAINEY BLANK & BOWERBANK LLP

By  /s/ Norma V. Garcia
NORMA V. GARCIA
JEFFREY M. BLANK
Attorneys for Plaintiff
LI MEI CHEN

# MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Federal Rule of Evidence 201, Plaintiff Li Mei Chen ("Plaintiff") requests that, in connection with its consideration of Plaintiff's Motion for Entry of Default Judgment, the Court take judicial notice of the documents and matters listed in this Request for Judicial Notice, Exhibits 1 and 2.

Under Federal Rule of Evidence 201, a trial court must take judicial notice of facts "if requested by a party and supplied with the necessary information." Fed. R. Ev. 201(d). A fact is appropriate for judicial notice if it is "not subject to reasonable dispute in that it is (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Ev. 201(b).

Facts contained in public records are considered appropriate subjects of judicial notice. *Santa Monica Food Not Bombs v. City of Santa Monica*, 450 F.3d 1022, 1025 (9th Cir. 2006). Further, a court may take judicial notice of the existence of another court's opinion. *Cal. ex rel. RoNo, LLC v. Altus Fin. S.A.*, 344 F.3d 920, 931 (9th Cir. 2003).

The conditions for considering the attached documents are met here.

Exhibit 1 consists of pages from the Eagle Hospitality Trust Annual Report 2019 and states facts related to circumstances and operational initiatives, corporate governance, and financial statements of EagleHT, for which Defendants Howard Wu and Taylor Woods were, at the time, Chairman and Deputy Chairman, respectively, and held ownership interest, as Plaintiff alleges in the Complaint. (Dkt. 1, Complaint, ¶¶ 30-33.) The Eagle Hospitality Trust Annual Report 2019 is publicly available in its entirety at https://investor.eagleht.com/misc/ar2019.pdf.

Exhibit 2 is the opinion of another court, namely, the U.S. Bankruptcy Court for the District of Delaware, Judge Christopher S. Sontchi, which was issued just five (5) days after Plaintiff filed her Complaint.

Accordingly, Plaintiff requests that the Court take judicial notice of the attached Exhibits 1 and 2 in considering Plaintiff's Motion for Default Judgment.

DATED: January 19, 2023

GARCIA RAINEY BLANK & BOWERBANK LLP

By   */s/ Norma V. Garcia*
NORMA V. GARCIA
JEFFREY M. BLANK
Attorneys for Plaintiff
LI MEI CHEN