UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI MEI CHEN, an individual<br><br>Plaintiff,<br><br>v.<br><br>URBAN COMMONS 6TH AVE SEATTLE, LLC, a Delaware Limited Liability Company; TAYLOR WOODS, an individual; HOWARD WU, an individual; WU DEVELOPMENT, LLC, a California Limited Liability Company; ANNIE WU, an individual; and DOES 1 through 10, inclusive<br><br>Defendants. | **Case No.:** 2:21-cv-08866-JLS-DFM<br>**Judge**:  Hon. Josephine L. Staton<br>**Dept**:  8A<br><br>**[PROPOSED] ORDER RE: PLAINTIFF LI MEI CHEN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>Date: March 3, 2023<br><br>**UNDER SUBMISSION** |

# [PROPOSED] ORDER RE: REQUEST FOR JUDICIAL NOTICE

Having read and considered the Request for Judicial Notice in support of the Motion for Entry of Default Judgment ("Request for Judicial Notice") filed by Plaintiff Li Mei Chen, pursuant to Federal Rule of Evidence 201, and GOOD CAUSE appearing therefor:

IT IS HEREBY ORDERED THAT this Court will take judicial notice of the following documents:

1. The cover page, table of contents, and pages 4-5, 42, 45, and 75-85 of the Eagle Hospitality Trust Annual Report 2019, which is publicly available in its entirety at https://investor.eagleht.com/misc/ar2019.pdf, which is attached as Exhibit 1 to the Request for Judicial Notice.
2. The opinion by U.S. Bankruptcy Court Judge Christopher S. Sontchi from the District of Delaware in *In re EHT US1, Inc.*, 633 B.R. 223 (Bankr. D. Del., Nov. 15, 2021), which is attached as Exhibit 2 to the Request for Judicial Notice.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                       Hon. Josephine L. Staton
                                                                       United States District Judge

1 | Respectfully Submitted,

3 | DATED:  January 19, 2023

GARCIA RAINEY BLANK & BOWERBANK LLP

By   */s/ Norma V. Garcia*
    NORMA V. GARCIA
    JEFFREY M. BLANK
    Attorneys for Plaintiff
    LI MEI CHEN