GARCIA RAINEY BLANK & BOWERBANK LLP
   A LIMITED LIABILITY PARTNERSHIP
NORMA V. GARCIA, Cal. Bar No. 223512
ngarciaguillen@garciarainey.com
JEFFREY M. BLANK, Cal. Bar No. 217522
jblank@garciarainey.com
695 Town Center Drive, Suite 540
Costa Mesa, CA 92626
Telephone:   (714)382-7000
Facsimile:   (714) 784-0031

Attorneys for Plaintiff
LI MEI CHEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI MEI CHEN, an individual<br><br>Plaintiff,<br><br>v.<br><br>URBAN COMMONS 6TH AVE SEATTLE, LLC, a Delaware Limited Liability Company; TAYLOR WOODS, an individual; HOWARD WU, an individual; WU DEVELOPMENT, LLC, a California Limited Liability Company; ANNIE WU, an individual; and DOES 1 through 10, inclusive<br><br>Defendants. | **Case No.:** 2:21-cv-08866-JLS-DFM<br>**Judge:**  Hon. Josephine L. Staton<br>**Dept.:**  8A<br><br>**PROOF OF SERVICE OF NOTICE OF LODGING [PROPOSED] AMENDED JUDGMENT (Dkt. No. 52)** |

## PROOF OF SERVICE

I, Karina Lopez, state:

I am employed in the County of Orange, State of California.  My business address is 695 Town Center Drive, Suite 540, Costa Mesa, CA 92626.  I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served true copies of the following document(s) described as

Docket No. 52:  **NOTICE OF LODGING [PROPOSED] AMENDED JUDGMENT**

on the interested parties in this action as follows:

Urban Commons 6th Ave Seattle, LLC
c/o Howard Wu, Managing Member of Urban Commons, LLC
13600 Bayliss Road
Los Angeles, CA 90049-1815

Urban Commons 6th Ave Seattle, LLC
c/o Urban Commons, LLC, Manager
Att: Taylor Woods, agent for service of process
142 E. Clearvue Drive
Meridian, ID 83646-5212

Taylor Woods
142 E. Clearvue Drive
Meridian, ID 83646-5212

☑ <u>BY FIRST CLASS MAIL</u>:  I am employed in Orange County where the mailing occurred.  I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage fully paid.  I placed the envelope or package for collection and mailing, following our ordinary business practice.  I am readily familiar with this firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.  Executed on April 24, 2023, at Costa Mesa, California.

*Karina Lopez*
_____
Karina Lopez