UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI MEI CHEN, an individual<br><br>Plaintiff,<br><br>v.<br><br>URBAN COMMONS 6TH AVE SEATTLE, LLC, a Delaware Limited Liability Company; TAYLOR WOODS, an individual; HOWARD WU, an individual; WU DEVELOPMENT, LLC, a California Limited Liability Company; ANNIE WU, an individual; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.  2:21-cv-08866-JLS-DFM<br><br>**AMENDED JUDGMENT** |

# AMENDED JUDGMENT

On February 27, 2023, the Court issued its Order in favor of Plaintiff Li Mei Chen ("Chen") and against Defendants Urban Commons 6th Ave Seattle, LLC ("UC Seattle"), Taylor Woods ("Woods"), and Howard Wu ("Wu") (collectively, "Defendants"), granting in part Chen's Motion for Entry of Default Judgment. (Doc. 40.)

On April 18, 2023, the Court issued an Amended Order Granting Plaintiff Li Mei Chen's Motion for Default Judgment correcting a scrivener's error on page 24 of the Order. (Doc. 51.)

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED** that:

Judgment is entered in favor of Chen and against Defendants UC Seattle, Woods, and Wu, jointly and severally, on Chen's second, fifth through seventh, ninth through eighteenth, and twenty-second causes of action.

Chen's remaining causes of action are dismissed.

Chen is awarded compensatory damages of $340,500.00 and treble damages, for a total of $1,021,500.00.

Chen is also entitled to a pre-judgment interest award of $34,804.90.

Chen may also recover post-judgment interest at an annual rate of 4.81%, the weekly average one-year constant maturity Treasury yield for the calendar week ending on April 21, 2023, from the date of entry of judgment until the date the judgment is paid in full.

Last, Chen may seek reasonable attorneys' fees pursuant to a timely filed post-judgment motion. The Court will consider the fee motion filed by Chen on March 21, 2023 (Doc. 47) as if filed pursuant to the this Amended Judgment.

DATED: April 26, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE